# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FILOMENIA LANGLOIS | § § § § | |
| v. | § § | |
| US BANK NA, as Trustee for CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP HOME EQUITY ASSET TRUST 2006-6, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-6 | § § § § § § § | CIVIL ACTION NO. 3:20-CV-2867-S-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 18. Plaintiff filed objections. *See* ECF No. 21. The District Court reviewed *de novo* those portions of the findings, conclusions, and recommendation to which objection was made, and reviewed the remaining findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Even if Plaintiff's objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are sufficient to cure Plaintiff's abandonment of her claims as a result of not responding to Defendant's Motion for Summary Judgment [ECF No. 11], the Magistrate Judge addressed the merits of Plaintiff's claims. *Debowale v. U.S. Inc.*, 62 F.3d 395 (5th Cir. 1995) (upholding grant of summary judgment where plaintiff submitted his opposition after the magistrate judge had issued a recommendation). This Court agrees with the Magistrate Judge's conclusion that Plaintiff's claims are conclusively disproved by the evidence. To the

extent that Plaintiff seeks an extension of time in which to file a response to Defendant's Motion for Summary Judgment, that request is **DENIED** as untimely. N.D. TEX. L. CIV. R. 7.1(e).

Accordingly, Defendant's Motion for Summary Judgment [ECF No. 11] is **GRANTED.** Plaintiff's claims will be **DISMISSED WITH PREJUDICE** by separate judgment.

**SO ORDERED.**

SIGNED February 24, 2022.

_____
UNITED STATES DISTRICT JUDGE